**Opinion issued August 22, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00099-CV

_____

## CHARLES W. BISHOP II, Appellant

## V.

## CHRIS DANIEL, Appellee

On Appeal from the 334th District Court
Harris County, Texas
Trial Court Case No. 2011-67200

## MEMORANDUM OPINION

Appellant, Charles W. Bishop II, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts

of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). On March 7, 2013, we notified appellant that the district clerk had filed a clerk's record on indigence containing the trial court's order holding that appellant is not indigent, that the filing fee is due, and that this appeal could be dismissed unless he paid the filing fee on or before March 18, 2013. The Court's notice was returned, with the following marked on the envelope: "return to sender, refused, unable to forward" and "inmate no longer here." Appellant has neither paid the filing fee nor responded to the Court's notice nor provided us with any other address or means of contacting him. *See* TEX. R. APP. P. 5; 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.